Case 1:18-cv-05980-JFK   Document 4   Filed 07/05/18   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-5-18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

Security & Exchange Commission

        Plaintiff(s)

    -v-

T.J. Jesky, Esq.

        Defendant(s)

------------------------------X

# 18 cv 5980 (JFK)

Counsel are directed to appear in Courtroom 20-C on **September 18, 2018** at **11:00 a.m.**, for an initial pretrial conference, for the purpose of discussing the status of this case. This conference will not be adjourned except by order of the Court.

SO ORDERED.

Dated: New York, New York
7-5-18

*John F. Keenan*
JOHN F. KEENAN
United States District Judge